UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/10/2026
```

-------------------------------------------------------------------- X
                               :

ELSON T. ALEXANDER,                :

                               :

                Petitioner,   :               1:26-cv-1952-GHW

                               :

          -v-                     :                 <u>ORDER</u>

                               :

DHS/ICE,                            :

                               :

             Respondents.   :

                               :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Petitioner has, through next friend Rhonell Alexander, filed a Petition for the writ of *habeas corpus* under 28 U.S.C. § 2241.  The Court, having examined the Petition, hereby ORDERS that:

(1) Within **two business days of the date of this Order**, Respondents shall file a letter with the following information:

     a.   whether Petitioner was, as the Petition alleges, *see* ECF No. 1, ¶ 1, located in the Southern District of New York at the time that the Petition was filed and, if not, what District Petitioner was in at the time of filing and whether the Petition should be immediately transferred to that District, *see, e.g.*, *Öztürk v. Hyde*, 136 F.4th 382, 391-92 (2d Cir. 2025); *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025);

     b.   Petitioner's A-number, current place of detention, and a contact person who can facilitate prospective counsel's access to Petitioner;

     c.   the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

     d.   if the asserted basis for Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A), whether there is any basis to distinguish this case from *Arana v. Arteta, et al.*, No. 26-CV-240, 2026 WL 279786 (S.D.N.Y. Feb. 3, 2026);

     e.   a copy of any final order of removal; and

     f.   any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.

Upon receipt of Respondents' letter, the Court will issue a briefing schedule as appropriate.

**CONCLUSION**

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order.

Within **two business days of the date of this Order**, Respondents shall file a letter with the Court with the information described in this order.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action and to next friend Rhonell Alexander. Rhonell Alexander may receive court documents by email by completing the form, Consent to Electronic Service.[1]

The Court also directs the Clerk of Court to mail Petitioner and Rhonell Alexander an information package.

SO ORDERED.

Dated:    March 10, 2026
          New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge

---

[1] For more information about consenting to electronic service, please review the court's Instructions. If Rhonell Alexander consents to receive documents by email, she will no longer receive court documents by regular mail.

2