**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 12, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2026

**MEMORANDUM ENDORSED**

**By ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Alexander v. DHS/ICE*, No. 26-cv-1952 (GHW)

Dear Judge Woods:

This Office represents the government in the above-referenced immigration habeas corpus action, brought by petitioner Elson T. Alexander ("Petitioner"), an alien challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). On March 10, 2026, the Court issued an order directing the government to file a letter responding to certain questions by today. ECF No. 5. I write respectfully to provide that response.

a. **whether Petitioner was . . . located in the Southern District of New York at the time that the Petition was filed . . . ;**
    a. Petitioner was present in the Southern District of New York at the time the petition was filed, and so venue is proper.

b. **Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;**
    a. Petitioner's A number is A207635767. Petitioner is detained at the Orange County Jail in Goshen, New York. Counsel may reach Petitioner by calling (845) 291-7758 or (845) 291-7760. Requests for case information may be sent to NYCEROAttorneyInquiries@ice.dhs.gov and Deportation Officers may be contacted via NYCDetaineeInquiry@ice.dhs.gov or (212) 863-3401. The following website contains more information about contacting detainees at the Orange County Jail: https://www.ice.gov/detain/detention-facilities/orange-county-jail.

c. **the statutory provision(s) under which Respondents assert the authority to detain Petitioner;**
    a. Petitioner is detained under 8 U.S.C. § 1226(a).

d. **a copy of any final order of removal; and**
    a. Petitioner does not have a final removal order.

e. **any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings.**
   a. Petitioner is in ongoing removal proceedings. He received a bond hearing before an immigration judge on March 4, 2026, at which bond was denied on danger grounds (any appeal is due by April 3, 2026). He is scheduled for a merits hearing on his applications for relief from removal for March 30, 2026.

* * *

I thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel. (212) 637-2743

cc: Petitioner (by mail)
Next Friend (by ECF)

The Court understands from the Government's response that it believes Petitioner's petition is premature and that Petitioner has not established a proper basis for habeas review at this time because Petitioner is appealing the results of his bond hearing. The Government is directed to provide the Court no later than March 18, 2026 a proposed form of order to show cause why the petition should not be denied on those grounds or any other applicable grounds. The Clerk of Court is directed to mail a copy of this order to Petitioner and next friend, Rhonell Alexander.

SO ORDERED.

Dated: March 13, 2026

GREGORY H. WOODS
United States District Judge