USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                         :
ELSON T. ALEXANDER,            :
              Petitioner,  :                  1:26-cv-1952-GHW
                         :
          -v-             :
                         :                   ORDER
DHS/ICE,                   :
             Respondent.  :
                         :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 10, 2026, Petitioner Elson T. Alexander, through next friend Rhonell Alexander, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Dkt. No. 1. On March 18, 2026, the Court ordered Petitioner to show cause by April 8, 2026 why his petition should not be denied for failure to exhaust administrative remedies. Dkt. No. 8. The order explained that Petitioner's habeas petition principally challenges the immigration judge's March 4, 2026 bond decision, but Petitioner had not yet exhausted administrative remedies by appealing that determination to the Board of Immigration Appeals, and his petition did not address whether exhaustion should be excused. Petitioner did not respond to the Court's order to show cause. Accordingly, for the reasons stated in the Court's March 18, 2026 order, his petition is dismissed without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to enter judgment for Respondent, to close this case, and to mail a copy of this order to Petitioner and next friend Rhonell Alexander.

SO ORDERED.

Dated: April 24, 2026
      New York, New York

                                 _____
                                   GREGORY H. WOODS
                                 United States District Judge