**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
ELSON T. ALEXANDER,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 1952 (GHW) |
| -against- | **JUDGMENT** |
| DHS/ICE, |  |
| Respondent. |  |

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 24, 2026, the petitioner's petition is dismissed without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
April 27, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**